GUMBINER v. LEWIS et al.

(Supreme Court, Appellate Term. November 12, 1909.)

APPEAL AND ERROR (§ 790*)—DISMISSAL—DECISION NOT NECESSARY.

    Where an order denying a motion to open a default has been reversed, it becomes unnecessary to pass upon an appeal from an order denying a motion for leave to renew such motion to open the default on further papers, and such appeal will be dismissed.

    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 47, 3132, 4383, 4384; Dec. Dig. § 790.*]

Appeal from City Court of New York, Special Term.

Action by Samuel Gumbiner against Samuel Lewis and others. There was a default against defendants. From an order denying a

motion for leave to renew on further papers a previous motion to open the same, which motion had been denied, they appeal. Appeal dismissed.

See, also, 119 N. Y. Supp. 249.

Argued before GILDERSLEEVE, P. J., and SEABURY and LEHMAN, JJ.

David E. Hurwitz (Ralph Nathan, of counsel), for appellants.

Arnstein, Levy & Pfeiffer (Alexander Pfeiffer, of counsel), for respondent.

PER CURIAM. This is an appeal from an order denying a motion for leave to renew on further papers a previous motion to open the default of defendants, which previous motion had been denied.

As we have reversed the order denying the said previous motion, it becomes unnecessary to pass upon this appeal, which is dismissed, without costs to either party.